■ In the Matter of J. Jerome Olitt.— Application by a suspended attorney, whose period of suspension will expire June 1, 1962, for reinstatement to the Bar, referred to the Committee on Character and Fitness of the Second Judicial District for investigation as to the applicant's activities and conduct

since his suspension, and for a report setting forth its findings and recommendation. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.